UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALEXANDRA GERENA, ET AL : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO.: |
| : | 3:08-cv-01340 (WWE) |
| vs. : | |
| : | |
| GREGORY KORB and YALE UNIVERSITY : | |
| : | |
| Defendants : | NOVEMBER 7, 2008 |

## DEFENDANT YALE UNIVERSITY'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the defendant, Yale University ("Yale"), hereby moves to dismiss the claims made by Alexandra Gerena and Constance Gerena on the ground that they are barred by the applicable statute of limitations. In addition, the Second, Third, and Fourth Causes of Action by Alexandra Gerena against Yale University and the First Cause of Action by Constance Gerena against Yale University should be dismissed because each fails to state a claim upon which relief can be granted. A memorandum of law is being filed contemporaneously with this motion.

**ORAL ARGUMENT REQUESTED**
**NO TESTIMONY REQUIRED**

DONAHUE, DURHAM & NOONAN, P.C.
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

                **THE DEFENDANT,** Yale University


BY:_____/s/_____
      Patrick M. Noonan (#ct00189)
      Colleen Noonan Davis (#ct27773)
      Donahue, Durham & Noonan, P.C.
      741 Boston Post Road
      Guilford, CT 06437
      (203) 458-9168

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

David Leonard Rabin, Esq.
rabinlaw@gmail.com

Kennisha Anlee Austin, Esq.
Emery, Celli, Brinmckerhoff & Abady, LLP
kaustin@ecbalaw.com

Richard D. Emery, Esq.
Emery, Celli, Brinmckerhoff & Abady, LLP
remery@ecbalaw.com

Rosemarie Paine, Esquire
Jacobs, Grudberg, Belt, Dow & Katz P.C.
rpaine@jacobslaw.com

                                                /s/
                                      Patrick M. Noonan