UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONSTANCE GERENA | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.: |
| | : | 3:08-cv-01340 (WWE) |
| vs. | : | |
| | : | |
| GREGORY KORB and YALE UNIVERSITY | : | |
| | : | |
| Defendants | : | |

## DEFENDANT YALE UNIVERSITY'S
## MOTION TO DISMISS

The defendant, Yale University ("Yale"), moves to dismiss the plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(m) for Defective Service of Process. While the present motion to dismiss was initially filed in the U.S. District Court for the Southern District of New York on November 19, 2007, it was not ruled on as the case was transferred to this Court.

Attached hereto is a memorandum of law in support of this motion.

THE DEFENDANT, Yale University

BY:_____/s/_____
Brock T. Dubin (#ct18777)
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
Tel (203) 458-9168
Fax (203) 458-4424

**DONAHUE, DURHAM & NOONAN, P.C.**
CONCEPT PARK • 741 BOSTON POST ROAD
GUILFORD, CONNECTICUT 06437
TEL: (203) 458-9168 • FAX: (203) 458-4424
JURIS NO. 415438

## **CERTIFICATION**

      I hereby certify that, on the above-written date, a copy of the foregoing was filed on November 12, 2008 electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

David Leonard Rabin, Esq.
rabinlaw@gmail.com

Kennisha Anlee Austin, Esq.
Emery, Celli, Brinmckerhoff & Abady, LLP
kaustin@ecbalaw.com

Richard D. Emery, Esq.
Emery, Celli, Brinmckerhoff & Abady, LLP
remery@ecbalaw.com

Rosemarie Paine, Esquire
Jacobs, Grudberg, Belt, Dow & Katz P.C.
rpaine@jacobslaw.com

                                                                  _____/s/_____
                                                                         Brock T. Dubin