UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2009 MAY 18  P 4: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN

ALEXANDRA GERENA,
CONSTANCE GERENA

v.                             3:08CV1340(WWE)

GREGORY KORB,
YALE UNIVERSITY

## JUDGMENT

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of defendants' motions to dismiss.

The Court has reviewed all of the papers filed in conjunction with the motions and on May 15th, 2009, a Memorandum of Decision was filed granting the motions.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 18th day of May 2009.

ROBERTA D. TABORA, Clerk

By _Deborah A. Candee_
Deborah A. Candee
Deputy Clerk

Entered on Docket _____