UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALEXANDRA GERENA, ET AL | : | |
| | : | |
|     Plaintiff, | : | CIVIL ACTION NO.: |
| | : | 3:08-cv-01340 (WWE) |
| vs. | : | |
| | : | |
| GREGORY KORB and YALE UNIVERSITY | : | |
| | : | OCTOBER 6, 2010 |
|     Defendants | : | |

## MOTION TO WITHDRAW APPEARANCE

Patrick M. Noonan and Brock T. Dubin of Donahue, Durham & Noonan, P.C. hereby move this Court, pursuant to Local Rule 7(e), for permission to withdraw their appearance for the defendant Yale University. The reason for this request is that Yale University is no longer a defendant in this action.

                                                             THE DEFENDANT,
                                                             YALE UNIVERSITY


                                                   BY:_____/s/_____
                                                      Patrick M. Noonan
                                                        Brock T. Dubin
                                                        Donahue, Durham & Noonan, P.C.
                                                        741 Boston Post Road
                                                       Guilford, CT 06437
                                                       (203) 458-9168

## CERTIFICATION

      I hereby certify that, on the above-written date, a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

David Leonard Rabin, Esq.
rabinlaw@gmail.com

Kennisha Anlee Austin, Esq.
Emery, Celli, Brinmckerhoff & Abady, LLP
kaustin@ecbalaw.com

Richard D. Emery, Esq.
Emery, Celli, Brinmckerhoff & Abady, LLP
remery@ecbalaw.com

Rosemarie Paine, Esq.
Jacobs, Grudberg, Belt, Dow & Katz, P.C.
rpaine@jacobslaw.com

                                                   _____/s/_____
                                                   Patrick M. Noonan
                                                   Brock T. Dubin