UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT 2011 APR 28 P 2: 29

U.S. DISTRICT COURT
BRIDGEPORT, CONN

_____

ALEXANDRA GERENA and CONSTANCE          CIVIL CASE NO.
GERENA,                                  No. 3:08CV 1340(WWE)

                        Plaintiffs,

-against-



GREGORY KORB and YALE UNIVERSITY,

                        Defendants.

_____

### NOTICE OF APPEAL

1.  Pursuant to F.R.A.P. 4(a)(1), ALEXANDRA and CONSTANCE GERENA,

plaintiffs herein, give notice and appeals to the United States Court of Appeals for

the Second Circuit from the following Judgment or Order:

    Memorandum of Decision of Judge Warren E. Eginton, dated March 28, 2011,

    denying plaintiffs' motion to reconsider his decision finding jurisdiction to be in

Connecticut and dismissing this action.

2.  The Judgment or Order was entered on March 30, 2011.

 Dated: April 23, 2011

                            Yours,
                            David L. Rabin, Esq.(phv03433)
                            Attorney for Plaintiffs
                            27A Norm Road
                            Mt. Kisco, NY   10549
                            (914) 666-6606

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **ALEXANDRA GERENA and** | : | |
| **CONSTANCE GERENA,** | : | **3:08CV1340 (WWE)** |
| **Plaintiffs,** | : | |
| **v.** | : | |
| | : | |
| **GREGORY KORB and** | : | |
| **YALE UNIVERSITY,** | : | |
| **Defendants.** | : | |

### RULING ON MOTION FOR RELIEF

Plaintiffs move for relief pursuant to Federal Rule of Civil Procedure 60 from this Court's previous ruling that personal jurisdiction could not be asserted in New York. Because this Court determined that plaintiff's causes of action were barred by the relevant Connecticut statute of limitations, this action was dismissed.

Pursuant to Federal Rule of Civil Procedure 60(b), a district court may vacate a judgment as a result of mistake, inadvertence, surprise, or excusable neglect or for any other reason that justifies relief. The Court, construing this motion as one for reconsideration, will grant reconsideration but will adhere to its previous decision. In this instance, plaintiffs have not shown a justifiable reason to reopen this case.

Plaintiffs assert that personal jurisdiction in New York is appropriate pursuant to New York's long-arm statute, C.P.L.R. § 302(a). Specifically, plaintiffs maintain that the Court should have found that personal jurisdiction was proper in New York based on sections 302(a)(1) and 302(a)(3). However, to establish personal jurisdiction under section 302(a)(1), the defendant must have transacted business within the state; and the claim asserted must arise from that business activity. Sole Resort, S.A. de C.V. v.

1

Allure Resorts Mgmt. LLC, 450 F.3d 100, 103 (2d Cir. 2006). Although transacting business within New York need not be commercial in nature, the defendant must have engaged in some purposeful activity in connection with the matter in suit. Best Van Lines, Inc. v. Walker, 490 F.3d 239, 247 (2d Cir. 2007). A "substantial relationship" must be established between a defendant's transactions in New York and a plaintiff's cause of action in order to satisfy the nexus requirement of the long-arm statute. Kreutter v McFadden Oil Corp., 71 N.Y.2d 460, 467 (1988).

In his affidavit, defendant Korb avers that he is a resident and domiciliary of New Jersey. Plaintiff Alexandra Gerena avers that defendant was born in New York; his parents were from New York although the family later moved to New Jersey; his mother worked in New York; he was enrolled as a student in 2005 in New York; and he met plaintiff Alexandra Gerena at Yale University in Connecticut but socialized with her and friends in New York; and he now works in New York.

Construing the facts most favorably to plaintiffs for purposes of ruling on this motion, the Court considers that defendant Korb's attendance at a New York university and work in New York could be considered to be transacting business. Ms. Gerena's affidavit provides very little information about the activities constituting "socializing" or "dating," but the Court assumes for purposes of ruling on this motion that such conduct comprised interaction between individuals while attending events, patronizing restaurants or bars, or frequenting residences or venues in New York. For purposes of this ruling, the Court assumes that these activities also constitute business transactions.

Neither defendant's studies in New York nor his post-incident work in New York can be considered to have any nexus to the asserted claims of assault, battery and

2

infliction of emotional distress. Although the socializing activities may bear on the existence of a relationship between Ms. Gerena and defendant Korb, the asserted claims have a tangential relationship to the New York-based socializing activities. See Johnson v. Ward, 4 N.Y.3d 516, 520 (2005) (plaintiff's cause of action arose out of defendant's allegedly negligent driving in New Jersey not from the issuance of a New York driver's license or vehicle registration). There is no indication that the tortious conduct of sexual assault and battery or infliction of emotional distress arose out of an activity that took place in New York. Such conduct could have stemmed from an occurrence on the Yale campus prior to the assault and battery. Plaintiffs bear the burden of burden of establishing that the court has jurisdiction over defendant. Bank Brussels Lambert v. Fiddler Gonzalez & Rodriguez, 171 F.3d 799, 784 (2d Cir. 1999). However, the proffered evidence raises no inference that the assault, battery and infliction of emotional distress arose from or are substantially related to any business activities in New York.

Section 302(a)(3) also fails because plaintiffs have failed the first requirement that injury occur in New York. Courts apply a situs-of-the-injury test to determine where the injury occurred, which in the tort context "is the location of the original event which caused the injury, not the location where the resultant damages are felt by the plaintiff." Whitaker v. Am. Telecasting, Inc., 261 F.3d 196, 209 (2d Cir.2001). The location of the injury is where the tortious conduct occurred not where the subsequent pain is felt. Nationwide Mut. Ins. Co. v. Morning Sun Bus Co., 2011 WL 381612, *10 (E.D.N.Y. 2011).

Because the long-arm statutes are not satisfied, the Court need not consider the

3

due process minimum contacts analysis. <u>Best Van Lines, Inc.</u>, 490 F.3d at 241.

Accordingly, the motion for relief is DENIED.

_____/s/_____
Warren W. Eginton
Senior U.S. District Judge

Dated at Bridgeport, Connecticut this _28th__ day of March, 2011.

4

CLOSED, EFILE

## U.S. District Court
## United States District Court for the District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:08-cv-01340-WWE

Gerena et al v. Korb et al                              Date Filed: 09/05/2008
Assigned to: Judge Warren W. Eginton                   Date Terminated: 12/30/2010
Cause: 28:1332 Diversity-Notice of Removal             Jury Demand: None
                                                       Nature of Suit: 320 Assault Libel &
                                                       Slander
                                                       Jurisdiction: Diversity

**Plaintiff**

**Alexandra Gerena**                represented by   **Brian T. Stapleton**
                                                     Goldberg Segalla-NY
                                                     170 Hamilton Ave.
                                                     Suite 203
                                                     White Plains, NY 10601
                                                     914-798-5400
                                                     Fax: 914-798-5401
                                                     Email:
                                                     bstapleton@goldbergsegalla.com
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David Leonard Rabin**
                                                     The Rabin Law Firm
                                                     27A Norm Rd
                                                     Mount Kisco, NY 10549
                                                     914-666-6606
                                                     Fax: 914-666-2111
                                                     Email: rabinlaw@gmail.com
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Constance Gerena**                represented by   **Brian T. Stapleton**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **David Leonard Rabin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

**V.**

**Defendant**

**Gregory Korb**                                represented by **Kennisha Anlee Austin**
                                                Emery, Celli, Brinmckerhoff & Abady,
                                                LLP
                                                75 Rockefeller Plaza
                                                20th Flr.
                                                New York, NY 10019
                                                212-763-5000
                                                Fax: 212-763-5001
                                                Email: kaustin@ecbalaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Richard D. Emery**
                                                Emery, Celli, Brinmckerhoff & Abady,
                                                LLP
                                                75 Rockefeller Plaza
                                                20th Flr.
                                                New York, NY 10019
                                                212-763-5000
                                                Fax: 212-763-5001`
                                                Email: remery@ecbalaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Rosemarie Paine**
                                                Jacobs, Grudberg, Belt, Dow & Katz,
                                                P.C.
                                                350 Orange St., PO Box 606
                                                New Haven, CT 06503-0606
                                                203-772-3100
                                                Fax: 203-772-1691
                                                Email: rpaine@jacobslaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Defendant**

**Yale Univ**                                   represented by **Brock Thomas Dubin**
                                                Donahue, Durham & Noonan, P.C.
                                                741 Boston Post Road
                                                Guilford, CT 06437
                                                203-458-9168
                                                Fax: 203-458-4424
                                                Email: bdubin@ddnctlaw.com
                                                *TERMINATED: 10/07/2010*
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

**Patrick M. Noonan**
Donahue, Durham & Noonan
741 Boston Post Road
Guilford, CT 06437
203-458-9168
Fax: 203-458-4424
Email: pnoonan@ddnctlaw.com
*TERMINATED: 10/07/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Scott Greathead**
Wiggin & Dana, LLP - NY
450 Lexington Ave., Suite 3800
New York, NY 10017
212-551-2615
Fax: 212-490-0536
Email: sgreathead@wiggin.com
*TERMINATED: 10/07/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/22/2007 | | Copy of NOTICE OF REMOVAL from Supreme Court, Bronx County, NY, filed by Yale Univ.(Brown, S.) Modified on 9/8/2008 (Brown, S.). Modified on 9/9/2008 (Brown, S.). (Entered: 09/08/2008) |
| 12/27/2007 | | Copy of COMPLAINT against Gregory Korb, Yale Univ, filed by Alexandra Gerena, Constance Gerena.(Brown, S.) (Entered: 09/08/2008) |
| 09/05/2008 | 27 | Case transferred in from Southern District of NY @ NY; Case Number 1:07cv3976 LBS. Two Original Transcripts numbered 19 and 23,Certified copies of Complaint, Affidavit with Transfer Order Endorsement, and Docket sheet numbered 1-26 received.(Brown, S.) Modified on 9/8/2008 to include text re transcript (Brown, S.). (Entered: 09/08/2008) |
| 09/05/2008 | | Endorsement ORDER. Signed by US District Judge Leonard B. Sand on 8/26/08. (Brown, S.) (Entered: 09/08/2008) |
| 09/05/2008 | | ELECTRONIC FILING ORDER - PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER. Signed by Judge Warren W. Eginton on 9/5/08. (Brown, S.) (Entered: 09/08/2008) |
| 09/08/2008 | | Docket Entry Correction re 27 Case Transferred In - District Transfer, modified by adding "transcript text"     Notice of Removal modified by adding "Copy of" to text (Brown, S.) (Entered: 09/08/2008) |
| 09/09/2008 | | Docket Entry Correction re     Notice of Removal; modified to correct file date (Brown, S.) (Entered: 09/09/2008) |

| 09/09/2008 | | NOTICE of Appearance by Brock Thomas Dubin on behalf of Yale Univ (Dubin, Brock) (Entered: 09/09/2008) |
|---|---|---|
| 09/16/2008 | | NOTICE of Appearance by Patrick M. Noonan on behalf of Yale Univ (Noonan, Patrick) (Entered: 09/16/2008) |
| 10/06/2008 | | NOTICE of Appearance by Rosemarie Paine on behalf of Gregory Korb (Paine, Rosemarie) (Entered: 10/06/2008) |
| 10/06/2008 | | MOTION for Leave for R. Scott Greathead to Withdraw Appearance by Yale Univ. (Attachments: #   Notice of Manual Filing)(Rigon-Binns, J.) (Entered: 10/06/2008) |
| 10/07/2008 | 36 | ORDER granting     Motion to Withdraw as Attorney. Attorney R. Scott Greathead terminated. Signed by Judge Warren W. Eginton on 10/7/08. (Welles, T.) (Entered: 10/07/2008) |
| 10/20/2008 | | MOTION to Dismiss *and/or to Supplement His Pending Motion to Dismiss* by Gregory Korb.Responses due by 11/10/2008 (Paine, Rosemarie) Text Modified on 10/21/2008 (Bauer, J.). (Entered: 10/20/2008) |
| 10/20/2008 | | Memorandum in Support re     Motions filed by Gregory Korb. (Attachments: #   Exhibit, #   Exhibit)(Paine, Rosemarie) Links and Text Modified on 10/21/2008 (Bauer, J.). (Entered: 10/20/2008) |
| 10/20/2008 | | MOTION to Amend/Correct Motion to dismiss filed in NY-S by Gregory Korb.Responses due by 11/10/2008 [additional relief requested in motion 37] (Bauer, J.) (Entered: 10/21/2008) |
| 11/07/2008 | | MOTION to Dismiss by Yale Univ.Responses due by 11/28/2008 (Noonan, Patrick) (Entered: 11/07/2008) |
| 11/07/2008 | | Memorandum in Support re     MOTION to Dismiss filed by Yale Univ. (Noonan, Patrick) (Entered: 11/07/2008) |
| 11/12/2008 | | MOTION to Dismiss by Yale Univ.Responses due by 12/3/2008 (Dubin, Brock) (Entered: 11/12/2008) |
| 11/12/2008 | | Memorandum in Support re     MOTION to Dismiss filed by Yale Univ. (Dubin, Brock) (Entered: 11/12/2008) |
| 12/16/2008 | | OBJECTION *to Pro Hac Vice Application* filed by Yale Univ. (Noonan, Patrick) (Entered: 12/16/2008) |
| 02/12/2009 | | AFFIDAVIT in Opposition re     Gregory Korb's MOTION to Dismiss *and/or to Supplement His Pending Motion to Dismiss*, signed by Constance Gerena and filed by Constance Gerena. (Attachments: #   Exhibits)(D'Andrea, S.) (Entered: 02/13/2009) |
| 03/26/2009 | | OBJECTION *TO     3/13/09 PETITION FOR ADMISSION TO PRACTICE PRO HAC VICE* filed by Yale Univ. (Noonan, Patrick) Modified on 4/2/2009 to create a link to doc #47(D'Andrea, S.) (Entered: 03/26/2009) |
| 04/02/2009 | | MOTION for and by Attorney David Rabin to Appear Pro Hac Vice. Filing Fee $25.00, Receipt Number B017610. (D'Andrea, S.) (Entered: 04/02/2009) |

| 04/06/2009 | | RESPONSE by David L. Rabin to Objection to Motion to Appear Pro Hac Vice. (D'Andrea, S.) (Entered: 04/07/2009) |
|---|---|---|
| 04/07/2009 | 48 | ORDER denying without prejudice Motion to Appear pro haec vice. The Court does not find good cause to waive requirements of the local rules of civil procedure. Plaintiff is instructed to file a renewed motion in compliance with the local rules. Signed by Judge Warren W. Eginton on 04/07/09. (Welles, T.) (Entered: 04/07/2009) |
| 04/07/2009 | | First RESPONSE re Objection *to Attorney David Rabin's Pro Hac Vice Application filed by defendant Yale University* filed by Gregory Korb. (Paine, Rosemarie) (Entered: 04/07/2009) |
| 04/07/2009 | | RESPONSE re MOTION for Leave to Appear Pro Hac Vice Attorney David Rabin. Filing Fee $25.00. Receipt Number B017610., Objection, Response, Response filed by Yale Univ. (Noonan, Patrick) (Entered: 04/07/2009) |
| 04/16/2009 | | Renewed MOTION for Attorney David Rabin to Appear Pro Hace Vice. Filing Fee $25.00, Receipt Number B017610, by Alexandra Gerena, Constance Gerena. (D'Andrea, S.) (Entered: 04/17/2009) |
| 04/22/2009 | 53 | ORDER denying Motion to Appear pro haec vice for failure to comply with the local rules. Another application may be filed within ten days of this order that complies with the local rules. Signed by Judge Warren W. Eginton on 4/22/09. (Welles, T.) (Entered: 04/22/2009) |
| 05/01/2009 | | ORDER Returning Submission as Deficient: Pro Hac Vice Application returned to David Rabin as to Alexandra Gerena, Constance Gerena. Signed by Judge Warren W. Eginton on 5/1/2009. (D'Andrea, S.) (Entered: 05/05/2009) |
| 05/15/2009 | | MEMORANDUM OF DECISION Granting Motion to Dismiss; Granting Motion to Amend/Correct; Granting Motion to Dismiss; Granting Motion to Dismiss. Signed by Judge Warren W. Eginton on 5/15/2009. (D'Andrea, S.) (Entered: 05/15/2009) |
| 05/18/2009 | | JUDGMENT is entered for the defendants.<br><br>For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms.html. Signed by Clerk on 5/18/2009. (D'Andrea, S.) (Entered: 05/19/2009) |
| 05/18/2009 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Upon entering the survey, all responses are completely anonymous.<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey (D'Andrea, S.) (Entered: 05/19/2009) |
| 05/27/2009 | | Entered Error... MOTION Admission of Attorney David Rabin Pro Hac Vice by Alexandra Gerena, Constance Gerena.Responses due by 6/17/2009 (Attachments: # Affidavit of Proposed Visiting Attorney, # Affidavit of |

| | | |
|---|---|---|
| | | Sponsoring Attorney, #   Text of Proposed Order Granting Admission of David Rabin Pro Hac Vice)(Stapleton, Brian) Modified on 5/28/2009 (Jaiman, R.). (Entered: 05/27/2009) |
| 06/02/2009 | | MOTION for Leave to Appear Pro Hac Vice for Attorney David L. Rabin. Filing Fee $25.00. Receipt Number B017966 by Alexandra Gerena, Constance Gerena. (Attachments: #   Affidavit of sponsoring attorney, #   Affidavit of David L. Rabin, #   Text of Proposed Order) (Heard, J.) (Entered: 06/09/2009) |
| 06/08/2009 | | NOTICE of Appearance by Brian T. Stapleton on behalf of Alexandra Gerena, Constance Gerena (Stapleton, Brian) (Entered: 06/08/2009) |
| 06/09/2009 | | NOTICE of Appearance by Brian T. Stapleton on behalf of Alexandra Gerena, Constance Gerena *(AMENDED)* (Stapleton, Brian) (Entered: 06/09/2009) |
| 06/09/2009 | 61 | ORDER granting    Motion to Appear Pro Hac Vice Attorney David Leonard Rabin for Alexandra Gerena and Constance Gerena added. Signed by Clerk on 6/9/2009. (Heard, J.) (Entered: 06/09/2009) |
| 06/16/2009 | | NOTICE OF APPEAL as to    MEMORANDUM OF DECISION Granting    Motion to Dismiss; Granting    Motion to Amend/Correct; Granting Motion to Dismiss; Granting    Motion to Dismiss by Alexandra Gerena, Constance Gerena. Filing fee $455, receipt number B018035. (Heard, J.) (Entered: 06/17/2009) |
| 06/17/2009 | | NOTICE of Appearance by David Leonard Rabin on behalf of Alexandra Gerena *& Constance Gerena* (Rabin, David) (Entered: 06/17/2009) |
| 06/17/2009 | | First MOTION to Reopen Case by Alexandra Gerena and Constance Gerena.Responses due by 7/8/2009 (Rabin, David) Modified on 6/18/2009 (Heard, J.). (Entered: 06/17/2009) |
| 06/18/2009 | 65 | Docket Entry Correction re    First MOTION to Reopen Case. MODIFIED TO ADD FILER CONSTANCE GERENA. (Heard, J.) (Entered: 06/18/2009) |
| 06/19/2009 | 66 | ORDER granting    Motion to appear pro hac vice. Signed by Judge Warren W. Eginton on 6/19/09. (Welles, T.) (Entered: 06/19/2009) |
| 06/19/2009 | | MOTION for Reconsideration re 61 Order on Motion to Appear by Yale Univ.Responses due by 7/10/2009 (Noonan, Patrick) (Entered: 06/19/2009) |
| 06/19/2009 | | Memorandum in Support re    MOTION for Reconsideration re 61 Order on Motion to Appear filed by Yale Univ. (Noonan, Patrick) (Entered: 06/19/2009) |
| 06/22/2009 | | ORDER granting    Motion for Reconsideration. However, at its discretion, the Court waives the local office requirement. Accordingly Attorney Rabin is admitted Pro Hac Vice. Signed by Judge Warren W. Eginton on 6/22/2009. (Heard, J.) (Entered: 06/22/2009) |
| 06/23/2009 | | Memorandum in Opposition *to Plaintiff's Motion for Relief from Order of Dismissal* re    First MOTION to Reopen Case filed by Yale Univ. (Noonan, Patrick) (Entered: 06/23/2009) |
| 06/30/2009 | | REPLY to Response to    First MOTION to Reopen Case filed by Alexandra Gerena, Constance Gerena. (Rabin, David) (Entered: 06/30/2009) |

| 07/01/2009 | | First Memorandum in Opposition re    First MOTION to Reopen Case filed by Gregory Korb. (Paine, Rosemarie) (Entered: 07/01/2009) |
| 07/07/2009 | | First MOTION for Extension of Time until July 20, 2009 Respond to Reply re Opposition to Motion for Relief    Reply to Response to Motion by Yale Univ. (Noonan, Patrick) (Entered: 07/07/2009) |
| 07/08/2009 | 74 | ORDER granting    Motion for Extension of Time. Signed by Judge Warren W. Eginton on 7/8/09. (Welles, T.) (Entered: 07/08/2009) |
| 07/08/2009 | | REPLY to Response to    First MOTION to Reopen Case filed by Alexandra Gerena, Constance Gerena. (Rabin, David) (Entered: 07/08/2009) |
| 07/08/2009 | 76 | Set/Reset Deadlines as to    First MOTION to Reopen Case. Responses due by 7/20/2009. (Heard, J.) (Entered: 07/09/2009) |
| 07/16/2009 | | ORDER finding as moot    Motion to Reopen Case. Signed by Judge Warren W. Eginton on 7/15/2009. (Heard, J.) (Entered: 07/16/2009) |
| 09/01/2009 | | ENTERED IN ERROR - Index to Record on Appeal by Alexandra Gerena, Constance Gerena re    Notice of Appeal,. For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Rabin, David) Modified on 9/10/2009 (Simpson, T.). (Entered: 09/01/2009) |
| 09/01/2009 | | Index to Record on Appeal by Alexandra Gerena, Constance Gerena (REPLACING DOC #78) re    Notice of Appeal,    Memorandum in Opposition to Motion,    MOTION for Leave to Appear Pro Hac Vice Attorney David L. Rabin. Filing Fee $25.00. Receipt Number B017966.,    MOTION to Dismiss and/or to Supplement His Pending Motion to Dismiss, Notice of Removal,    MOTION for Leave to Appear Pro Hac Vice Attorney David Rabin. Filing Fee $25.00. Receipt Number B017610.,    MOTION to Dismiss,    Reply to Response to Motion,    Memorandum in Support of Motion,    Memorandum in Support of Motion,    Reply to Response to Motion,    Order on Motion to Dismiss, Order on Motion to Amend/Correct,    Affidavit,    Order Returning Submission,    MOTION to Dismiss, Objection,    MOTION Admission of Attorney David Rabin Pro Hac Vice, Judgment,    Complaint,    MOTION for Leave to Appear p Attorney David Rabin. Filing Fee $25.00. Receipt Number B017610.,    Memorandum in Support of Motion,    First MOTION to Reopen Case, 27 Case Transferred In - District Transfer,    Response,    MOTION for Reconsideration re 61 Order on Motion to Appear,    MOTION to Amend/Correct,    Memorandum in Opposition to Motion,    Memorandum in Support of Motion,    Order on Motion to Reopen Case,    Objection, 61 Order on Motion to Appear, Response, 48 Order on Motion to Appear. For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Simpson, T.) (Entered: 09/10/2009) |
| 09/08/2009 | | ENTERED IN ERROR - Index to Record on Appeal by Yale Univ re    Notice of Appeal,. For docket entries without a hyperlink, contact the court to arrange for the document(s) to be made available to you. (Noonan, Patrick) Modified on 9/10/2009 (Simpson, T.). (Entered: 09/08/2009) |
| | | |

| | | |
|---|---|---|
| 09/08/2009 | | Supplemental Index transmitted to US Court of Appeals (REPLACING DOC #79) re Notice of Appeal, Order, Response, Order on Motion for Reconsideration, 27 Case Transferred In - District Transfer, 53 Order on Motion to Appear, (Simpson, T.) (Entered: 09/10/2009) |
| 08/25/2010 | | MANDATE of USCA dated 8/25/2010 Affirming in part and Reversing in part Notice of Appeal, filed by Alexandra Gerena, Constance Gerena. (Heard, J.) (Entered: 08/25/2010) |
| 09/10/2010 | 83 | NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE.ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION.COUNSEL OUTSIDE OF FAIRFIELD COUNTY SHOULD CONTACT CHAMBERS REGARDING PARTICIPATION BY CONFERENCE CALL (203) 579-5819. Status Conference set for 9/21/2010 10:30 AM in Chambers Room 240 - Annex, 915 Lafayette Blvd., Bridgeport, CT before Judge Warren W. Eginton (Krajcik, R.) (Entered: 09/10/2010) |
| 09/21/2010 | 84 | ORDER setting briefing schedule: Within 14 days of this order, Defendant is instructed to file a brief regarding whether personal jurisdiction is appropriate in New York or Connecticut; plaintiff should file a response within 21 days of that brief; defendant may file a reply within ten days. Signed by Judge Warren W. Eginton on 9/21/10. (Welles, T.) (Entered: 09/21/2010) |
| 10/05/2010 | | NOTICE by Gregory Korb re 84 Order, *Memorandum on Personal Jurisdiction* (Attachments: # Exhibit)(Paine, Rosemarie) (Entered: 10/05/2010) |
| 10/06/2010 | | MOTION for Patrick Noonan and Brock Dubin to Withdraw as Attorney by Yale Univ. (Noonan, Patrick) (Entered: 10/06/2010) |
| 10/07/2010 | 87 | ORDER granting Motion to Withdraw as Attorney. Attorney Brock Thomas Dubin and Patrick M. Noonan terminated. Signed by Judge Warren W. Eginton on 10/7/10. (Welles, T.) (Entered: 10/07/2010) |
| 10/27/2010 | | First RESPONSE re: 84 ORDER by Alexandra Gerena, Constance Gerena. (Rabin, David) MODIFIED ON 10/28/2010 TO CREATE LINK TO DOCUMENT #84 (Heard, J.). (Entered: 10/27/2010) |
| 11/05/2010 | | RESPONSE re 84 Order, *(on Personal Jurisdiction)* filed by Gregory Korb. (Attachments: # Exhibit)(Paine, Rosemarie) (Entered: 11/05/2010) |
| 12/03/2010 | | MEMORANDUM OF DECISION. Signed by Judge Warren W. Eginton on 12/2/2010. (Heard, J.) (Entered: 12/06/2010) |
| 12/16/2010 | | First MOTION for Reconsideration re Order *of DISMISSAL* by Alexandra Gerena, Constance Gerena.Responses due by 1/6/2011 (Rabin, David) (Entered: 12/16/2010) |
| 12/30/2010 | | JUDGMENT for the defendant. <br><br> For Appeal Forms please go to the following website: http://www.ctd.uscourts.gov/forms.html. Signed by Clerk on 12/30/2010. (Candee, D.) (Entered: 01/05/2011) |

| | | |
|---|---|---|
| 12/30/2010 | | JUDICIAL PROCEEDINGS SURVEY: The following link to the survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Upon entering the survey, all responses are completely anonymous.<br><br>https://ecf.ctd.uscourts.gov/cgi-bin/Dispatch.pl?survey<br>(Candee, D.) (Entered: 01/05/2011) |
| 01/05/2011 | | Memorandum in Opposition re    First MOTION for Reconsideration re Order *of DISMISSAL* filed by Gregory Korb. (Paine, Rosemarie) (Entered: 01/05/2011) |
| 03/30/2011 | | RULING denying    Motion for Reconsideration. Signed by Judge Warren W. Eginton on 3/28/2011. (Heard, J.) (Entered: 03/30/2011) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/25/2011 08:46:31 | | | |
| PACER Login: | ra2493 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:08-cv-01340-WWE |
| Billable Pages: | 6 | Cost: | 0.48 |